UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-61812-WPD

SHANNA BYNES,

    Plaintiff,

v.

TATE & KIRLIN ASSOCIATES, INC.,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff SHANNA BYNES discloses the following persons and/or entities as having a financial interest in the outcome of this case:

(a)      SHANNA BYNES;

(b)      Plaintiff's attorney, the Law Offices of Jibrael S. Hindi, PLLC;

(c)      Plaintiff's attorney, Jibrael S. Hindi, Esq.;

(d)      Plaintiff's attorney, Thomas J. Patti, Esq.; *and*

(e)      TATE & KIRLIN ASSOCIATES, INC..

Dated: July 20, 2021

    Respectfully Submitted,

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 20, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377